FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN 2 2017

JAMES N. HATTEN, Clerk
By: fBeck  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NIQUA ROBINSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN ATLANTA ) <br> RAPID TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) | Civil Action File No.: <br><br> 1:15-CV-04065-ODE |

## ORDER

This case is before the Court for consideration of the Parties' "Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement." (Doc. 45). Having reviewed the record, including the joint submission of the parties, and the Settlement Agreement (Doc. 45-1) agreed to by the Parties, the Court finds that the settlement is fair, adequate, and reasonable and that the Agreement was negotiated at arm's length without any evidence of collusion. The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs to be paid to Plaintiff's counsel as provided in the Agreement are reasonable.

Accordingly, the Parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement is hereby **GRANTED**, and the Court hereby enters this stipulated **JUDGMENT** approving the settlement and agreement between the Parties. The Court orders the parties to comply with the terms of the settlement and reserves jurisdiction over the enforcement of the Parties' Settlement Agreement.

**SO ORDERED AND ADJUDGED**, this 2 day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE
HON. ORINDA D. EVANS